Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-35799-tmb13 |
| Scott Thomas Watt | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| In re | ) | Case No. 14-35267-rld13 |
| Angela Marie Watt, | ) | |
| | ) | ORDER OF JOINT ADMINISTRATION AND |
| Debtor. | ) | SUBSTANTIVE CONSOLIDATION |

THIS MATTER came before the Court on October 17, 2014 on Debtors' Motion for Joint Administration and Substantive Consolidation. The Court, finding that notice was given to all creditors and interested parties and no objections having been filed,

IT IS HEREBY ORDERED as follows:

1. The above-referenced cases are substantively consolidated.

2. All documents filed after the entry of this order are to be filed in Case No. 14-35799-

Page 1 of 4 - ORDER OF JOINT ADMINISTRATION AND SUBSTANTIVE CONSOLIDATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-35799-tmb13    Doc 11    Filed 10/28/14

tmb13, and shall bear a caption as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re ) | |
| ) | Case No. 14-35799-tmb13 |
| Scott Thomas Watt, as consolidated with In ) | |
| re Angela Marie Watt (14-35267) ) | |
| ) | |
| Debtors. ) | |

3. The Clerk shall enter a docket entry in Case No. 14-35267-tmb13 as follows:

"An order has been entered consolidating the cases of Scott Thomas Watt (14-35799-tmb13) and Angela Marie Watt (14-35267-tmb13). All future filings in this case as consolidated are to be made in Case No. 14-35799-tmb13, and that docket in Case No. 14-35799-tmb13 should be consulted for all matters affecting this case."

4. Debtors' counsel shall file a mailing list in Case No. 14-35799-tmb13 within fifteen (15) days following the entry of this order listing all creditors, claimants and interested parties from Case No. 14-35267-tmb13 that are not listed in Case No. 14-35799-tmb13. Once amended, the mailing list from Case No. 14-35799-tmb13 shall be used by Debtors and by the Court for the service of any required notices.

5. The deadline for filing a *Proof of Claim* shall be February 17, 2014, except for governmental creditors, who proofs of claim must be filed on or before April 15, 2015.

6. All claims filed in Case No. 14-35267-tmb13 prior to the date of this order shall be deemed filed in Case No. 14-35799-tmb13. Thus, the consolidation of the two cases referenced herein may result in the same claimants having filed duplicate claims. The Chapter 13 Trustee is directed to file objections to any such duplicate claims to

**Page 2 of 4** - ORDER OF JOINT ADMINISTRATION AND SUBSTANTIVE CONSOLIDATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-35799-tmb13    Doc 11    Filed 10/28/14

ensure that duplicate payments to claimants are not issued. Any claim filed after the entry of this order shall be filed in Case No. 14-35799-tmb13. The claims register to be used by the Chapter 13 Trustee for payment of claims shall be that in Case No. 14-35799-tmb13.

7. The deadline for creditors to file a complaint to determine dischargeability of certain debts shall be January 19, 2015.

8. The deadline for objections to Debtors' claimed exemptions shall be December 18, 2014.

9. On or before November 10, 2014, Debtors shall file with the Court a Chapter 13 Plan, all Schedules required for the Debtors, a Statement of Financial Affairs, and a Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income reflecting the financial affairs of both Debtors. The Court's Order Converting Chapter 7 Case to Case Under Chapter 13; Trustee Appointment (Case No. 14-35267-tmb13, Docket No. 16) and Order and Notice Regarding Filing of Document(s); and Notice of Proposed Dismissal (Case No. 14-35799-tmb13, Docket No. 6) are hereby modified to the extent inconsistent with the foregoing.

10. The initial hearing on confirmation of Debtors' Chapter 13 Plan shall be on December 18, 2014 at 9:00 a.m. in US Bankruptcy Court, Courtroom #4, 1001 SW 5th Ave., 7th Floor, Portland, OR 97204. Testimony will NOT be received. The Court, however, may enter an order confirming a proposed plan before the scheduled hearing date if no timely objections are filed. A creditor wanting to object to any provision of the debtor(s)' plan must file a written objection with the Court showing service on the debtor(s) within 14 days after the meeting of creditors concludes. Filing a proof of claim rejecting the plan, or motion for relief from the automatic stay,

Page 3 of 4 - ORDER OF JOINT ADMINISTRATION AND SUBSTANTIVE CONSOLIDATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-35799-tmb13    Doc 11    Filed 10/28/14

will not be considered an objection to the confirmation. See Local Bankruptcy Rule 3015-3(c) for additional details concerning confirmation of Chapter 13 plans.

11. Case No. 14-35267-tmb13 shall remain open pending the conclusion of Case No., 14-35799-tmb13. The Clerk is directed to close Case No. 14-35267-tmb13 promptly following the closure of Case No. 14-35799-tmb13.

12. Any deviation from these procedures must be pursuant to Court order.

###

**PRESENTED BY:**

/s/Christopher N. Coyle
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor

**RULE 9021-1(a)(2)(A) CERTIFICATION**

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A); there are no responding parties.

/s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501

**First Class Mail:**

All creditors listed on the Court's mailing matrix.

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**RULE 9021-(a)(2)(B)(i)(III) CERTIFICATION**

I certify that no response within the response period (including any extension per FRBP 9006(f)) was made.

/s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501

Page 4 of 4 - ORDER OF JOINT ADMINISTRATION AND SUBSTANTIVE CONSOLIDATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-35799-tmb13    Doc 11    Filed 10/28/14