Ted A. Troutman
Muir & Troutman Law Office
16100 NW Cornell Rd Ste 200
Beaverton, OR 97006
(503) 292-6788 Phone
(503) 292-5799 Facsimile
tedtroutman@muir-troutman.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Curt Bradley Bull, | ) | Case No: 09-34484-elp13 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Diane Lynne Bull, | ) | Case No: 09-36362-elp13 |
| | ) | |
| Debtor, | ) | |
| | ) | **MOTION FOR ORDER JOINING** |
| | ) | **CHAPTER 13 CASES** |
| | ) | |

    Debtors, Curt Bradley Bull and Diane Lynne Bull, by and through their Attorney, Ted A. Troutman, move the Court for an Order joining Debtor, Diana Lynne Bull's, Chapter 13, Case No: 09-36362-elp13 with Curt Bradley Bull's, Chapter 13, Case No: 09-34484-elp13. It is appropriate to join these cases because debtors are husband and wife, own all property jointly, and a majority of the debts are joint. Consolidation will benefit the creditors, as less attorney fees will be incurred to represent the debtors jointly.

Dated: <u>August 18, 2009</u>

Respectfully Submitted:

<u>/s/ Ted A. Troutman</u>
Ted A. Troutman, OSB #844470
Attorney For Debtors

1. Motion For Order Joining Chapter 13 Cases

```
 1   Ted A. Troutman, OSB 844470
 2   Muir & Troutman Law Office
 3   16100 NW Cornell Rd., Ste 200
 4   Beaverton, OR 97006
 5   (503) 292-6788
 6   tedtroutman@sbcglobal.net
 7
 8
 9              IN THE UNITED STATES BANKRUPTCY COURT
10                   FOR THE DISTRICT OF OREGON
11
12
13   In Re                        )
14                                )
15   Curt Bradley Bull,           )      Case No: 09-34484-elp13
16                                )
17         Debtor                 )
18                                )
19   Diane Lynne Bull,            )      Case No: 09-36362-elp13
20                                )
21         Debtor.                )
22                                )      **CERTIFICATE OF SERVICE**
23                                )
24
25         I Nikki Siglin, Declare as follow:

26         I certify that on August 18, 2009, I served, by **first class mail**, a full and true copy of the

27   foregoing **Motion For Order Joining Chapter 13 Cases and Certificate of Service** on the

28   following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed

29   as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

30   Curt Bradley Bull
31   13917 SW Leah Terrace
32   Tigard, OR 97224
33
34   Diane Lynne Bull
35   13917 SW Leah Terrace
36   Tigard, OR 97224
37
38         I certify that on August 18, 2009, a full and true copy of the foregoing **Motion For Order**

39   **Joining Chapter 13 Cases and Certificate of Service** was serviced on the following recipients

40   electronically via the ECF Bankruptcy Noticing Center:
```

CERTIFICATE OF SERVICE

1. JOE LOZANO    notice@bkcylaw.com
2. Brian D. Lynch    c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
3. JAMES K MIERSMA    ecfor@rcflegal.com, ecfor@rcflegal.com
4. KELLY D SUTHERLAND    s&k-or.ecf.wa@logs.com, crocha@logs.com
5. TED A TROUTMAN    tedtroutman@sbcglobal.net, rusty@muir-troutman.com
6. US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Dated: August 18, 2009

/s/ Nikki Siglin
Nikki Siglin
Legal Assitant To
Ted A. Troutman

CERTIFICATE OF SERVICE